# **EXHIBIT A**

**CINCY TECH 2013**

Transfer(s):

| Payment # | Payment Date | Clear Date | Payment Amount | Debtor |
|---|---|---|---|---|
| Fed Wire Out 022221 | 02/24/2014 | 02/24/2014 | 50,000.00 | Leading Edge Logistics |
| TOTAL | | | $ 50,000.00 | |